AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 02, 2026
SEAN F. McAVOY, CLERK

JEREMY P.
*Plaintiff*
v.

FRANK BISIGNANO,
Commissioner of Social Security
*Defendant*

) ) ) ) )

Civil Action No. 1:26-cv-3035-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: The ALJ's nondisability decision is AFFIRMED.
Judgment in favor of Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 9/2/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*